UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JAMIA STUBBS,** on behalf of herself and all others similarly suited**,** ) | |
| ) | Case No. 1:09 CV 1264 |
| ) | |
| **Plaintiff,** ) | |
| ) | **Judge Dan Aaron Polster** |
| vs. ) | |
| ) | |
| **A-1 NURSING CARE OF CLEVELAND, INC.,** *et al.***,** ) | **JUDGMENT ENTRY** |
| ) | |
| ) | |
| **Defendants.** ) | |

For the reasons discussed in the memorandum of opinion and order filed contemporaneously with this judgment entry, the following action is hereby **DISMISSED**. Count One of the Complaint is **DISMISSED WITH PREJUDICE**. Count Two of the Complaint is **DISMISSED WITHOUT PREJUDICE** to refiling in state court.

       **IT IS SO ORDERED.**

       /s/Dan A. Polster   July 8, 2009
      **Dan Aaron Polster**
      **United States District Judge**

-6-